UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANTE WATTS,

Plaintiff,

v.

SANTA CLARA COUNTY MAIN JAIL,

Defendant.

Case No. 26-cv-06854-JSC

**ORDER OF DISMISSAL**

The Court dismissed Plaintiff's civil rights complaint for failure to present a cognizable claim for relief. (ECF No. 6.) Plaintiff was granted until October 4, 2026, to file an amended complaint, and warned that if he did not do so the case may be dismissed. He has not responded to the order. As the deadline has passed, and Plaintiff has not filed an amended complaint, requested an extension of time, or shown cause why not, this case is accordingly DISMISSED with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 22, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California